MJA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCI Illinois Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> John T. Coli, Sr., William Coli, John T. Coli, Jr., and Teamsters Local 727, <br><br> Defendants. | Case No. 11-cv-7762 <br> Judge Ellis |

## AGREED ORDER OF DISMISSAL

THIS CAUSE having come before this Court by agreement of the parties and the Court being fully advised that this case has been settled and that all issues and controversies have been resolved to the parties' mutual satisfaction:

IT IS HEREBY ORDERED THAT this matter is dismissed without prejudice with leave to reinstate anytime on or prior to February 14, 2014, otherwise with the dismissal to be with prejudice as of the next business day without further order of the Court.

DATE: January 9, 2014

_____
UNITED STATES DISTRICT JUDGE

4777582